IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| OAK PLACE NORTHEAST BOZEMAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CONTI BOZEMAN, LLC and 1302 CONTI, LLC,<br><br>    Defendants,<br><hr>CONTI BOZEMAN, LLC,<br><br>    Counter-Claimant,<br><br>v.<br><br>OAK PLACE NORTHEAST BOZEMAN, LLC,<br><br>    Counter-Defendant. | CV 24–6–BU–DWM<br><br>ORDER |

Defendant and Counter-Claimant Conti Bozeman, LLC having moved unopposed to dismiss Counts 1, 2, 3, and 5 from its Amended Counterclaim with prejudice, (*see* Doc. 38),

1

IT IS ORDERED that Defendant's motion, (Doc. 41), is GRANTED. Counts 1, 2, 3, and 5 of the Amended Counterclaim, (Doc. 38), are DISMISSED WITH PREJUDICE.

DATED this 7th day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court