IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| OAK PLACE NORTHEAST BOZEMAN, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTI BOZEMAN, LLC and 1302 CONTI, LLC,<br><br>　　　　Defendants,<br><br>―――――――――――――――<br><br>CONTI BOZEMAN, LLC,<br><br>　　　　Counter-Claimant,<br><br>v.<br><br>OAK PLACE NORTHEAST BOZEMAN, LLC,<br><br>　　　　Counter-Defendant. | CV 24–6–BU–DWM<br><br>ORDER |

　　　　The above-captioned parties having jointly moved to dismiss the claims and counterclaims in this matter with prejudice,

　　　　IT IS ORDERED that Defendant's motion, (Doc. 46), is GRANTED. The claims and counterclaims in the Amended Complaint, (Doc. 20), and Amended

1

Counterclaim, (Doc. 38), are DISMISSED WITH PREJUDICE, each party to pay its own costs. All deadlines are VACATED.

DATED this 8th day of October, 2024.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court